

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN GREEN                                                           PLAINTIFF(S)

VERSUS                                      CIVIL ACTION NO. 5:06CV152DCB-JMR

HIGHLAND HEALTH CLUB, INC.                                       DEFENDANT(S)

## AGREED ORDER OF DISMISSAL

This cause having come on for hearing on joint motion of the parties and the court being advised of the premises herein finds that said Motion is well taken and should be granted.

The Court therefore finds that the parties have reached a settlement of this matter and this cause and all claims contained therein are hereby dismissed with prejudice.

SO ORDERED, this the 19 day of September, 2008.

_____
JUDGE

AGREED TO:

_____
BRUCE LEWIS (1245)
Gwin Lewis & Punches, LLP
P.O. Box 1344
Natchez, MS  39121

_____
ALAN C. GOODMAN (9494)
Ungarino & Eckert, LLC
800 Woodlands Parkway, Suite 209
Ridgeland, MS  39157